IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARL GIBSON, | ) | |
| | ) | |
| Plaintiff | ) | Case No. 1:19-cv-22 Erie |
| | ) | |
| v. | ) | RICHARD A. LANZILLO |
| | ) | UNITED STATES MAGISTRATE JUDGE |
| CORRECTION OFFICER | ) | |
| BRYAN MINMAN, et al., | ) | |
| | ) | |
| Defendants | ) | ORDER |
| | ) | |

The Court, having noted the parties' stipulation holding in abeyance Defendants' obligation to respond to the Complaint pending the parties' efforts to resolve all claims through mediation, hereby ORDERS the parties to file a brief, joint status report on or before July 1, 2019, regarding the scheduling and status of the mediation. If the parties resolve this action prior to the report date, they shall so advise the Court and promptly file a stipulation of dismissal in accordance with the applicable Federal Rules of Civil Procedure. In the meantime, the Court will direct the Clerk to administratively close this case pending mediation.

/s/ Richard A. Lanzillo_____
RICHARD A. LANZILLO
United States Magistrate Judge

Dated: May 7, 2019